**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KINDRA E. SATTLER,**

    **Plaintiff,**

v.

    **Case No. 2:20-cv-3549
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 27, 2021.  (ECF No. 22.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 22.)  For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** the Commissioner's non-disability finding and **REMANDS** this case pursuant to Sentence 4 of § 405(g) for further consideration.  This Clerk is directed to close this case.

    **IT IS SO ORDERED.**

**11/15/2021**                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.
                                                 UNITED STATES DISTRICT JUDGE**