# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KINDRA E. SATTLER,**

        **Plaintiff,**                 Case No. 2:20-cv-3549
                                        JUDGE EDMUND A. SARGUS, JR.
    v.                              Magistrate Judge Elizabeth Preston Deavers

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

        **Defendant.**

## ORDER

The parties have stipulated to an award of fees under the Equal Access to Justice Act ("EAJA"). (ECF No. 25.) Pursuant to that stipulation, the Court **ORDERS** that Plaintiff is awarded attorney fees in the amount of $4,800.00, and no costs, in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA. This award fully satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. Pursuant to the stipulation, the fee award shall be made payable to Plaintiff. Any fees belonging to Plaintiff, and not his attorney, can be offset to satisfy pre-existing debt that Plaintiff owes to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and Plaintiff's Counsel.

    **IT IS SO ORDERED.**

**2/17/2022**                                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                                    **EDMUND A. SARGUS, JR.**
                                                                           **UNITED STATES DISTRICT JUDGE**